# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 8, 2025

### NO. 03-24-00351-CV

**Hyde Park Baptist Church, Appellant**

**v.**

**Gilbert Burciaga and Virginia Burciaga, Appellees**

**APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND ELLIS
DISMISSED ON JOINT MOTION -- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the order signed by the trial court on May 23, 2024. The parties have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.